# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD ANDREW WHITE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DISTRICT COURT,<br>G. JANDA,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:12-cv-01623-LJO-SKO<br><br>**ORDER DIRECTING PLAINTIFF TO PAY THE $350.00 FILING FEE OR SUBMIT A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN THIRTY DAYS OF THE DATE OF SERVICE OF THIS ORDER** |

　　　　Plaintiff is proceeding pro se with an action pursuant to 42 U.S.C. § 1983. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 302 and 304.

　　　　Plaintiff filed a complaint on October 3, 2012. However, Plaintiff has not paid the filing fee or submitted an application to proceed *in forma pauperis*. The filing fee for all civil actions, other than a writ for habeas corpus, is $350.00.

　　　　Plaintiff is required either to pay the filing fee or to submit an application accompanied by an original, signed prison trust account statement that includes the entire six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Plaintiff will be

provided the opportunity either to pay the $350.00 filing fee or submit a completed application, with a signed certificate and an original certified copy of his trust account statement covering the full six-month period in support of his request to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty (30) days of the date of service of this order Plaintiff shall either: (1) submit a completed application to proceed *in forma pauperis*, including a signed certificate and an original certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, or (2), in the alternative, pay the $350.00 filing fee for this action; and

2. The Clerk of the Court is DIRECTED to send to Plaintiff with this order a blank application to proceed *in forma pauperis* for a person in custody.

Plaintiff's failure to comply with this order will result in a recommendation that the action be dismissed.

IT IS SO ORDERED.

**Dated:   October 31, 2012**                      /s/ Sheila K. Oberto
                                           UNITED STATES MAGISTRATE JUDGE