# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD ANDREW WHITE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES EASTERN DISTRICT; and G. JANDA<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:12-cv-01623-LJO-SKO<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS, AND DISMISSING ACTION, WITHOUT PREJUDICE TO REFILING WITH SUBMISSION OF $350.00 FILING FEE IN FULL**<br><br>(Docs. 1 and 3) |

　　　　Plaintiff Raymond Bernard Andrew White, a state prisoner proceeding pro se, filed this action on October 3, 2012. (Doc. 1.) On November 16, 2012, Plaintiff filed a motion seeking leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 3.)

　　　　Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Plaintiff is subject to section 1915(g) and is precluded from proceeding in forma pauperis unless he is, at the time the complaint is filed, under imminent danger of serious physical injury.[1]

---

[1] The Court takes judicial notice of case numbers 1:03-cv-05581-AWI-DLB-PC White v. Calderon, et al. (E.D. Cal.) (dismissed on 11/20/2003 for failure to state a claim); 1:03-cv-05568-OWW-DLB PC White v. Langham, et al. (E.D. Cal.) (dismissed on 12/16/2003 for failure to state a claim); 2:07-cv-01218-LKK-GGH PC White v. Dep't of Corr. Employee Ad-Seg Status (E.D. Cal.) (dismissed on 04/16/2008 for failure to state a claim) 2:07-cv-00781-MCE-GGH PC White v. State of California, et al. (E.D. Cal.) (dismissed on 06/27/2008 as frivolous); 1:08-cv-01114-AWI-DLB PC White v. Snyder, et al. (E.D. Cal.) (dismissed on 09/23/2008 for failure to state a claim); 1:07-cv-01796-OWW-DLB

The Court has reviewed Plaintiff's complaint and finds that Plaintiff does not meet the imminent danger exception. <u>Andrews v. Cervantes</u>, 493 F.3d 1047, 1053 (9th Cir. 2007). Because Plaintiff alleges no facts supporting a finding that he is under imminent danger of serious physical injury, Plaintiff is ineligible to proceed in forma pauperis in this action.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for leave to proceed in forma pauperis in this action is denied;
2. This action is dismissed, without prejudice to refiling with the submission of the $350.00 filing fee in full; and
3. This case shall be administratively closed.

IT IS SO ORDERED.

**Dated:   November 26, 2012**         /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

---

PC <u>White v. State of California, et al</u>. (E.D. Cal.) (dismissed on 01/30/2009 for failure to state a claim); 1:08-cv-00365-OWW-DLB PC <u>White v. Steadman, et al.</u> (E.D. Cal.) (dismissed on 03/24/2009 for failure to state a claim); 1:07-cv-01204-AWI-WMW PC <u>White v. Carasco, et al.</u> (E.D. Cal.) (dismissed on 04/06/2010 for failure to state a claim); and 2:08-cv-01789-CTB PC <u>White v. Hollows et al.</u> (E.D. Cal.) (dismissed on 08/10/2012 for failure to state a claim).